IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Auto-Owners Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Komatsu America Corp., Linder )<br>Industrial Machinery Company, and )<br>Mitchell Distributing Company, LLC, )<br>)<br>Defendants. )<br>)<br>_____ ) | C.A. No. 6:07-CV-00850-HMH |

## CONSENT MOTION FOR ENTRY OF
## A STIPULATED CONFIDENTIALITY ORDER

The Parties, through counsel, hereby file a joint motion for the entry of a Stipulated Confidentiality Order in this action.

1. The Parties represent that certain information, documents and things to be produced in this action may be confidential commercial information and/or proprietary trade secrets.

2. In light of the nature of this action, the Parties have propounded and received discovery requests seeking the disclosure of confidential information that may be deemed confidential under applicable law; and that third parties, likewise, may have received subpoenas requesting the production of confidential information.

3. The Parties consent to the entry of the attached confidentially order under Rule 26 (c) of the Federal Rules of Civil Procedure.

WHEREFORE, the Parties jointly move the Court for entry of the Stipulated Confidentiality Order filed contemporaneously herewith.

This the 19th day of December, 2007.

/s/John D. Harjehausen
N. Heyward Clarkson, III, Esq.
John D. Harjehausen, Esq.
Clarkson, Walsh, Rheney & Terrell, P.A.
1164 Woodruff Road
Post Office Box 6728
Greenville, SC 29606
hclarkson@cwrtlaw.com
*Attorneys for Plaintiff*

/s/ Frank W. Gibbes
Frank W. Gibbes (Fed. Bar No. 7719)
(fgibbes@hunton.com)
Bank of America Plaza
Suite 3500
101 South Tryon Street
Charlotte, North Carolina 28280
(704) 378-4700 - telephone
(704) 378-4860 - facsimile

Steven B. Epstein (N.C. Bar No.17396)*
(sepstein@hunton.com)
P.O. Box 109
Raleigh, North Carolina 27607
(919) 899-3000 - telephone
(919) 833-6352 -facsimile
*Attorneys for Defendants*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that all parties of record were served copies of this **CONSENT MOTION FOR ENTRY OF A STIPULATED CONFIDENTIALITY ORDER** via email and the electronic filing system of the District of South Carolina

N. Heyward Clarkson, III, Esq.<br>
John D. Harjehausen, Esq.<br>
Clarkson, Walsh, Rheney & Terrell, P.A.<br>
1164 Woodruff Road<br>
Post Office Box 6728<br>
Greenville, SC 29606<br>
hclarkson@cwrtlaw.com

This the 19th day of December, 2007.

/s/ Frank W. Gibbes